# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2013

### NO. 03-11-00428-CR

**Dromico Andree Washington a/k/a Andrew Washington a/k/a Dromico Andrew Washington, Sr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 426TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's judgment: **IT IS ORDERED, ADJUDGED** and **DECREED** by the Court that the judgment is reversed and the cause is remanded for a new trial; and that this decision be certified below for observance.